**Elizabeth A. Schleuning,** OSB #854276
Email: eschleuning@schwabe.com
**Thomas J. Payne**, OSB #165168
Email: tpayne@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant Asante

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| KATEE ZAVOLTA,<br><br>Plaintiff,<br><br>v.<br><br>ASANTE, an Oregon Non-Profit Corporation,<br><br>Defendant. | Case No.: 1:22-cv-00807<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that Defendant Asante ("Asante") hereby files this Notice of Removal of the above-referenced action from the Circuit Court of the State of Oregon for the County of Josephine, in which it is now pending, to the United States District Court, District of Oregon, Medford Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

As grounds for removal, Asante states as follows:

**I.  Relevant Background**

1.  Plaintiff commenced this litigation by filing a Summons and Complaint on April 19, 2022, in the Circuit Court for the State of Oregon for the County of Josephine, with Case Number 22CV13028 (the "State Court Action"), which was served on Asante on May 4,

Page 1 -   NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

2022.  As required by 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the State Court Action are attached hereto as **Exhibit A.**  According to Plaintiff's Complaint, Plaintiff Katee Zavolta alleges that Defendant Asante violated Oregon and federal law by failing to accommodate Plaintiff's religious beliefs and medical condition.  All of Plaintiff's claims arise from common facts related to Defendant's implementation of a policy requiring vaccination against COVID-19.

2. No further proceedings have been had in the Circuit Court of the State of Oregon, County of Josephine, as of the date of the filing of this Notice of Removal.  Asante has not answered the Complaint.  The deadline to answer or otherwise respond has not yet expired.  Asante will answer or otherwise respond to the Complaint in compliance with the deadlines set forth in Fed. R. Civ. P. 81(c).

3. As more fully explained below, this case is properly removed to this Court under 28 U.S.C. § 1441 because removal is timely, this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1367, and 1441, and Defendant has satisfied the procedural requirements for removal.

**II.    The Removal is Timely.**

4. Defendant was served with the Complaint on May 4, 2022.  Accordingly, this notice of removal is being filed within 30 days of service of a copy of the initial pleading setting forth the claims for relief upon which such action is based, and therefore, is timely under 28 U.S.C. § 1446(b).

**III.   Venue and Jurisdiction Are Proper in This Court**

5. Pursuant to 28 U.S.C. § 117 and LR 3-2(a)(1), venue is proper in the United States District Court for the District of Oregon, Medford Division, as this is the District corresponding to and embracing the place where the State Court Action was pending.

6. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because Plaintiff asserts a claim under 42 U.S.C. § 2000e-5.

Page 2 -   NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

7. This Court has supplemental jurisdiction over Plaintiff's state-law claims under 28 U.S.C. § 1367 because those claims form part of the same case or controversy as Plaintiff's federal-law claim.

## IV. Plaintiff's Assertion of a Federal Claim Creates Original Jurisdiction

8. Plaintiff's First Claim for Relief arises under federal law. Specifically, Plaintiff asserts a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

9. Federal-question jurisdiction under 28 U.S.C. § 1331 arises axiomatically from "plaintiffs pleading a cause of action created by federal law." *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005).

10. For these reasons, this Court has original jurisdiction over this action and removal is proper.

## V. Plaintiff's State-Law Claims Fall Under the Court's Supplemental Jurisdiction

11. Plaintiff's Second and Third Claims for Relief arise under state law. However, these claims depend on the same general factual allegations as Plaintiff's federal claim. All three claims arise from employment decisions made during the implementation of Defendant's policy requiring employees to receive vaccination against COVID-19.

12. Supplemental jurisdiction over state-law claims is appropriate where the state claims share "a 'common nucleus of operative fact' with the federal claims and the state and federal claims would normally be tried together." *Bahrampour v. Lampert*, 356 F.3d 969, 978 (9th Cir. 2004) (quoting *Trs. of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape Maint., Inc.,* 333 F.3d 923, 925 (9th Cir. 2003)).

13. Accordingly, this Court has supplemental jurisdiction over Plaintiff's state-law claims.

## VI. Filing of Removal Papers

15. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being promptly served upon counsel for Plaintiff and a copy is being filed with the Clerk of the Circuit

Page 3 -    NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

Court of the State of Oregon, County of Josephine. A true and correct copy of Defendant's Notice to State Court of Removal of Action Under 28 U.S.C. §§ 1331, 1367, 1441, and 1446 filed in the Circuit Court of the State of Oregon, County of Josephine, is attached hereto as **Exhibit B**.

16. All procedural requirements for removal under 28 U.S.C. §§ 1441 and 1446 have been satisfied, and this case is hereby removed pursuant to the Court's original jurisdiction under 28 U.S.C. §§ 1331 and 1367.

17. Defendant reserves all defenses to Plaintiff's claims. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any right to assert any defense or affirmative matter, including but not limited to (1) lack of jurisdiction; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) failure to join an indispensable party or parties; or (8) any other pertinent defense available.

18. Defendant demands a trial by jury.

Dated this 2nd day of June, 2022.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Thomas J. Payne
Elizabeth A. Schleuning, OSB #854276
Email: eschleuning@schwabe.com
Thomas J. Payne, OSB #165168
Email: tpayne@schwabe.com
Telephone: 503-222-9981
Facsimile: 503-796-2900

Of Attorneys for Defendant Asante

Page 4 -    NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

# CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of June, 2022, I served the following NOTICE OF REMOVAL on the following party at the following address:

Brent H. Smith
Baum Smith, LLC
808 Adams Avenue
PO Box 967
La Grande, OR 97850
Facsimile: 541-963-9254
Email: brent@baumsmith.com

    Of Attorneys for Plaintiff

by:

- [ ] U.S. Postal Service, ordinary first class mail
- [ ] U.S. Postal Service, certified or registered mail, return receipt requested
- [ ] hand delivery
- [ ] facsimile
- [x] electronic service
- [ ] other (specify) _____

DATED this 2nd day of June, 2022.

    s/ Thomas J. Payne
    Thomas J. Payne, OSB #165168

Page 1 -   CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\129373\272477\TPA\33653414.1