Brent H. Smith, OSB #065971
E-mail: brent@baumsmith.com
Baum Smith, LLC
P.O Box 967
808 Adams Avenue
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254

Attorneys for Plaintiff Katee Zavolta

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| KATEE ZAVOLTA,<br><br>        Plaintiff,<br><br>v.<br><br>ASANTE, An Oregon Non-Profit Corporation,<br><br>        Defendant. | Case No.: 1:22-cv-00807-CL<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY |

Based on the parties' stipulation, and the court being fully advised; now,

therefore;

/ / /

1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

IT IS HEREBY ORDERED AND ADJUDGED that this action and all claims and counterclaims herein are dismissed with prejudice and without an award of costs or fees to any party.

It is so ordered and dated this 13 day of March, 2024.

_____
MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS OR FEES TO ANY PARTY

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com